# Order

**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143281(91)


TOLL NORTHVILLE LP and BILTMORE
WINEMAN, L.L.C.,
          Petitioners-Appellants,

v

TOWNSHIP OF NORTHVILLE,
          Respondent-Appellee.
_____

SC: 143281
COA: 301043
Tax Tribunal: 00-284952


      On order of the Chief Justice, the motion by the Building Owners and Managers Association of Metropolitan Detroit for leave to file a brief *amicus curiae* in this case is considered and it is granted.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

_____
Clerk